# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.  )<br>)<br>**ALAN HOWELL PARROT** ) | Case No. 1:23-cr-00072-LEW |

## Notice of Appeal

Notice is hereby given that, Alan Howell Parrot, Defendant in the above-captioned matter hereby appeals to the United States Court of Appeals for the First Circuit from the conviction and final judgment entered on May 30, 2024.

Date: 06/10/2024

/s/Walter F. McKee
WALTER F. MCKEE
McKee Morgan, P.A.
133 State Street
Augusta, ME.  04330
(207) 620-8294
wmckee@mckeemorgan.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:23-cr-00072-LEW |
| ) | |
| ALAN HOWELL PARROT ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2024, I electronically filed the Notice of Appeal using the CM/ECF system which will send notification of such filing to the following: United States Attorney's Office, Bangor, Maine.

Date: 06/10/2024

/s/Walter F. McKee
WALTER F. MCKEE
McKee Morgan, P.A.
133 State Street
Augusta, ME.  04330
(207) 620-8294
wmckee@mckeemorgan.com